

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2021

No. 04-21-00561-CR

Joseph Richard **IZZARD,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR13444
Honorable Ron Rangel, Judge Presiding

# O R D E R

Appellant Joseph R. Izzard was sentenced to deferred adjudication and placed on community supervision on August 20, 2020, pursuant to a plea bargain. On June 22, 2021, Izzard agreed to an order by the trial court modifying the conditions of his community supervision. On December 6, 2021, Izzard filed a notice of appeal attempting to appeal that order.

An order modifying the conditions of community supervision is not appealable. *See Davis v. State*, 195 S.W.3d 708, 710-11 (Tex. Crim. App. 2006); *Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977); *Elizondo v. State*, 966 S.W.2d 671, 672 (Tex. App.—San Antonio 1998, no pet.).

Appellant is therefore **ordered** to show cause in writing by January 4, 2022 why this appeal should not be dismissed for want of jurisdiction. If appellant fails to respond satisfactorily within the time provided, the appeal will be dismissed.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2021.



MICHAEL A. CRUZ, Clerk of Court